■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRUMAINE SUTTLES, Appellant. [965 NYS2d 904]—

Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered July 26, 2011. The judgment convicted

defendant, upon his plea of guilty, of murder in the second degree and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of, inter alia, murder in the second degree (Penal Law § 125.25 [1]). We reject defendant's contention that his waiver of the right to appeal is invalid. "[T]he record demonstrates that County Court engage[d] the defendant in an adequate colloquy to ensure that the waiver of the right to appeal was a knowing and voluntary choice" (*People v Burt*, 101 AD3d 1729, 1730 [2012], *lv denied* 20 NY3d 1060 [2013] [internal quotation marks omitted]). Defendant's valid waiver of the right to appeal encompasses his contention that the sentence is unduly harsh and severe (*see People v Lopez*, 6 NY3d 248, 256 [2006]). Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.